### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 1:01cr00501-001 |
| | ) | |
| Plaintiff, | ) | **JUDGE: JAMES S. GWIN** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **CHRISTOPHER JOLLY,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter was heard on January 29, 2013, upon the request of the United States Pretrial and Probation Office for a finding that defendant had violated the conditions of his supervised release. The defendant was present and represented by Attorney Timothy Ivey.

The violation report was referred to Magistrate Judge William H. Baughman, Jr., to conduct appropriate proceedings and for the issuance of a Report and Recommendation. The Report and Recommendation was filed January 9, 2013 [Doc. 50] and no objections were filed by either plaintiff or defendant.

The Court entertained statements from counsel for the parties, the defendant and the supervising officer. The Court adopted the Report and Recommendation and found the following terms of supervision had been violated:

      1) new law violation on or about November 1, 2011;

      2) drug use.

The Court noted the violation(s) to be Grade C, a Criminal History Category of VI and a

recommended guideline range of 8 to 14 months.  The Court, after considering the Sec. 3553(a) factors, revoked defendant's supervised release and committed defendant to the Bureau of Prisons for a term of 10 months with credit for time served in federal custody.  Upon release from incarceration defendant shall serve a 2 year period of supervised release under the conditions previously imposed.  The Court additionally made a recommendation for defendant's participation a substance abuse program during imprisonment.

The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.


Dated: January 29, 2013                             s/    James S. Gwin
                                                    JAMES S. GWIN
                                                    UNITED STATES DISTRICT JUDGE